United States District Court
Southern District of Texas
**ENTERED**
September 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

Arie Krakowski, Burr Held S.A.R.L., §
    Plaintiffs, §
§
v. § Civil Action H-20-194
§
Shrieve Chemical Products, LLC §
*Formerly known as* §
Shrieve Chemical Products, Inc., §
    Defendant. §

## Order of Adoption

On August 19, 2020, Magistrate Judge Peter Bray filed a report and recommendation (42) recommending that the court grant in part and deny in part Shrieve Chemical Products, LLC's motion to dismiss. No objections were filed. The court adopts the report and recommendation as its memorandum and opinion.

Signed September 4, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge