United States District Court
Southern District of Texas
**ENTERED**
March 02, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Arie Krakowski, Burr Held S.A.R.L., §
    Plaintiffs, §
  §
v. §     Civil Action H-20-194
  §
Shrieve Chemical Products, LLC §
*Formerly known as* §
Shrieve Chemical Products, Inc., §
    Defendant. §

## Order of Adoption

On February 9, 2021, Magistrate Judge Peter Bray recommended that the court grant Shrieve Chemical Products, LLC's motion to dismiss for lack of subject matter jurisdiction (47). No objections were filed. The court adopts the report and recommendation as its memorandum and opinion.

Signed March 1st, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge